# EXHIBIT A

Skip to Main Content  Logout  My Account  Search Menu  New Civil & Family Search  Refine Search  Back         Location : All Civil & Family Courts   Help

# REGISTER OF ACTIONS
### CASE NO. 296-00801-2017

| | |
|---|---|
| M B,I B,J S vs. Matthew Guy Landgraf, Kevin M. Ross, Trustee for the Use and Benefit of Matthew Guy Landgraf, Kevin M. Ross, Individually, STi Family Holdings, LP, STi Family Management, LLC, STi Real Estate, LLC | Case Type: **All Other Civil Cases**<br>Date Filed: **02/16/2017**<br>Location: **296th District Court** |

## PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| Defendant | Landgraf, Matthew Guy *Also Known As* Landgraf, Matthew *Also Known As* Landgraf, Matthew G | **Clayton L Everett**<br>*Retained*<br>817-704-3984(W) |
| Defendant | Ross, Kevin M. as Trustee for the Use and Benefit of Matthew Guy Landgraf *Also Known As* Ross, Kevin | Pro Se |
| Defendant | STi Family Holdings, LP | Pro Se |
| Defendant | STi Family Management, LLC | Pro Se |
| Defendant | STi Real Estate, LLC | Pro Se |
| Plaintiff | B, I | **Tracey L Cloutier**<br>*Retained*<br>214-523-5100(W) |
| Plaintiff | B, M | **Tracey L Cloutier**<br>*Retained*<br>214-523-5100(W) |
| Plaintiff | S, J | **Tracey L Cloutier**<br>*Retained*<br>214-523-5100(W) |

## EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**
12/15/2022 | Order of Dismissal for Want of Prosecution (Judicial Officer: Roach, John R., Jr.)
           Comment (Order of Dismissal)

**OTHER EVENTS AND HEARINGS**
02/16/2017 | Plaintiff's Original Petition (OCA) $371.00
           *Plaintiff's Original Petition and Application for Temporary Restraining Order, Temporary Injunction and Permanent Injunction*
02/22/2017 | Bond Application Fee Collected $5.00
02/22/2017 | Certificate of Cash Deposit in Lieu of Surety Bond
02/22/2017 | Temporary Restraining Order
02/22/2017 | Request for Citation $8.00
02/22/2017 | Request for Temporary Injunction $8.00
02/22/2017 | Citation

| | Served | |
|---|---|---|
| Ross, Kevin M. | Served | 02/27/2017 |
|  | Returned | 03/06/2017 |
| Landgraf, Matthew Guy | Served | 03/15/2017 |
|  | Returned | 03/21/2017 |
| STi Family Holdings, LP | Served | 02/27/2017 |
|  | Returned | 03/06/2017 |
| STi Family Management, LLC | Unserved |  |
| STi Real Estate, LLC | Served | 02/27/2017 |
|  | Returned | 03/06/2017 |
| Ross, Kevin M. | Served | 02/27/2017 |
|  | Returned | 03/06/2017 |

02/22/2017 | Writ

| | | |
|---|---|---|
| Ross, Kevin M. | Served | 02/27/2017 |
|  | Returned | 03/06/2017 |
| Landgraf, Matthew Guy | Served | 03/15/2017 |
|  | Returned | 03/21/2017 |
| STi Family Holdings, LP | Served | 02/27/2017 |
|  | Returned | 03/06/2017 |
| STi Family Management, LLC | Served | 02/27/2017 |
|  | Returned | 03/06/2017 |
| STi Real Estate, LLC | Served | 02/27/2017 |
|  | Returned | 03/06/2017 |
| Ross, Kevin M. | Served | 02/27/2017 |
|  | Returned | 03/07/2017 |

03/03/2017 | Order
           *Order Extending Temporary Restraining Order*
03/03/2017 | Motion
           *Motion for Extension of Temporary Restraining Order*
03/06/2017 | Service Return
           *Writ of Injunction - Kevin Ross, Trustee*
03/06/2017 | Service Return
           *Writ of Injunction - STi Real Estate, LLC*

| Date | Entry | | |
|---|---|---|---|
| 03/06/2017 | Service Return *Writ of Injunction - STi Family Holdings, LP* | | |
| 03/06/2017 | Service Return *Writ of Injunction - STi Family Management, LLC* | | |
| 03/06/2017 | Service Return *Civil Citation - STi Real Estate, LLC* | | |
| 03/06/2017 | Service Return *Civil Citation - STi Family Holdings, LP* | | |
| 03/06/2017 | Service Return *Civil Citation - Kevin Ross, Trustee* | | |
| 03/06/2017 | Service Return *Civil Citation - Kevin Ross, Individually* | | |
| 03/07/2017 | Service Return | | |
| 03/07/2017 | Request for Temporary Injunction $8.00 | | |
| 03/07/2017 | Writ | | |
| | Ross, Kevin M. | Served | 03/08/2017 |
| | | Returned | 03/10/2017 |
| | Landgraf, Matthew Guy | Served | 03/15/2017 |
| | | Returned | 03/21/2017 |
| | STi Family Holdings, LP | Served | 03/08/2017 |
| | | Returned | 03/10/2017 |
| | STi Family Management, LLC | Served | 03/08/2017 |
| | | Returned | 03/10/2017 |
| | STi Real Estate, LLC | Served | 03/08/2017 |
| | | Returned | 03/10/2017 |
| | Ross, Kevin M. | Served | 03/08/2017 |
| | | Returned | 03/10/2017 |
| 03/07/2017 | Service Return *Amended Service Return- Writ of Injunction- Kevin Ross Individually* | | |
| 03/07/2017 | Service Return *Amended Return of Service- Writ of Injunction- Kevin M. Ross, as Trustee for the Use and Benefit of Matthew Guy Landgraf* | | |
| 03/07/2017 | Service Return *Amended Return of Service- Citation- Kevin M. Ross, As Trustee for the Use and Benefit of Matthew Guy Landgraf* | | |
| 03/07/2017 | Service Return *Amended Return of Service-Citation- Kevin M. Ross, as Trustee for the Use and Benefit of Matthew Guy Landgraf* | | |
| 03/07/2017 | Service Return *Amended Service Return-Writ of Injunction- STI Family Management, LLC* | | |
| 03/07/2017 | Service Return *Amended Return of Service- Writ of Injunction- STI Family Holdings, LP* | | |
| 03/07/2017 | Service Return *Amended Return of Service- Writ & TRO; STI Real Estate, LLC, Registered Agent, Kevin M. Ross* | | |
| 03/08/2017 | CANCELED Temporary Restraining Order Hearing (9:00 AM) (Judicial Officer Roach, John R., Jr.) *Reset* | | |
| 03/09/2017 | Notice of Appearance | | |
| 03/10/2017 | Service Return *Kevin M Ross (Writ of Injunction)* | | |
| 03/10/2017 | Service Return *STi Family Holdings, LP (Writ of Injunction)* | | |
| 03/10/2017 | Service Return *STi Family Management, LLC (Writ of Injunction)* | | |
| 03/10/2017 | Service Return *STi Real Estate, LLC (Writ of Injunction)* | | |
| 03/13/2017 | Service Return *Return of Service - Kevin M. Ross - writ of injunction* | | |
| 03/13/2017 | Motion to Dismiss *Motion to Dismiss Baseless Causes of Action* | | |
| 03/17/2017 | Agreed Order *Agreed Order to Reset Temporary Injection Hearing* | | |
| 03/17/2017 | Notice of Appearance *Notice of Appearance on Behalf of Kevin M. Ross, Trustee of Revocalble Trust U/A/D AUG. 15, 2013* | | |
| 03/17/2017 | Original Answer *Answer of Kevin Ross, Individually* | | |
| 03/17/2017 | Response *Response to Application For Temporary Injunction* | | |
| 03/20/2017 | CANCELED Temporary Restraining Order Hearing (9:00 AM) (Judicial Officer Roach, John R., Jr.) *Reset* | | |
| 03/20/2017 | Notice of Hearing | | |
| 03/21/2017 | Out of County Service Fee *Tarrant County - Civil Citation - Matthew Guy Landgraf* | | |
| 03/21/2017 | Out of County Service Fee *Tarrant County - Writ of Injunction - Matthew Guy Landgraf* | | |
| 03/21/2017 | Out of County Service Fee *Tarrant County - Writ of Injunction 3-7-17 - Matthew Guy Landgraf* | | |
| 03/21/2017 | Out of County Service Fee *Tarrant County Writ of Injunction- Matthew Guy Landgraf* | | |
| 03/22/2017 | Temporary Restraining Order Hearing (9:00 AM) (Judicial Officer Roach, John R., Jr.) | | |
| 03/22/2017 | General Docket Entry *Evidence on Temp Injunction. Ruling made on the record.* | | |
| 03/27/2017 | Subpoena Return - Not DC Issued *Kevin M. Ross* | | |
| 04/18/2017 | Amended Petition *Plaintiffs First Amended Petition and Application for Temporary Restraining Order, Temporary Injunction and Permanent Injunction* | | |
| 04/19/2017 | Response *Plaintiff's Response In Opposition to Kevin Ross Motion to Dismiss Baseless Causes of Action* | | |
| 04/25/2017 | CANCELED Motion Hearing (9:00 AM) (Judicial Officer Roach, John R., Jr.) *Per Attorney* *Def Mtn to Dismiss Baseless Cause of Action* | | |
| 08/02/2017 | Affidavit *Affidavit of Kevin Ross* | | |
| 08/02/2017 | Motion for Summary Judgment *Motion for Take Nothing Judgment in Favor of Kevin Ross Individually as a No-Evidence Motion for Judgment and, in the Alternative, Motion for Summary Judgment* | | |
| 10/11/2017 | Original Answer *Answer of Defendants Matthew G. Landgraf and Kevin Ross, Trustee For the Use and Benefit of Matthew G. Landgraf to Plaintiffs' First Amended Petition and Application for Temporary Restraining Order, Temporary Injunction and Permanent Injunction* | | |
| 10/30/2017 | Response *Plaintiffs' Response to Motion For Take Nothing Judgment in favor of Kevin Ross Individually As A No- Evidence Motion For Judgment And, In The Alternative Motion For Summary Judgment* | | |
| 10/30/2017 | Motion for Continuance *Plaintiffs' Motion for Continuance of Hearing on Defendant Ross's Motion for Summary Judgment* | | |

| Date | Entry |
|---|---|
| 10/31/2017 | **Special Exceptions**<br>Plaintiff's Special Exceptions to Motion for Take Nothing Judgment in Favor of Kevin Ross Individually As A No- Evidence Motion For Judgment And, In The Alternative, Motion For Summary Judgment |
| 11/01/2017 | **Response**<br>Reply to Plaintiff's Response of Kevin Ross, Individually, No Evidence Motion for Judgment and, in the Alternative for Summary Judgment |
| 11/01/2017 | **Response**<br>Response of Kevin Ross, Individually, to Plaintiffs' Motion for Continuance of Hearing |
| 11/03/2017 | **Response**<br>Plaintiffs' Sur-Reply to Motion For Take Nothing Judgment In Favor Of Kevin Ross Individually As A No- Evidence Motion For Judgment And, In The Alternative, Motion For Summary Judgment |
| 11/06/2017 | **Motion for Summary Judgment** (9:00 AM) (Judicial Officer Roach, John R., Jr.)<br>by submission |
| 11/16/2017 | **Objection**<br>Plaintiffs' Objection to Defendant Kevin Ross's Untimely Supplement to His Motion for Summary Judgment and Request for Additional Time to Respond |
| 11/16/2017 | **Notice**<br>Notice of Set Aside of Federal Judgment |
| 11/17/2017 | **Response**<br>Kevin M. Ross, Individually, Response to Plaintiffs' First Set of Requests for Admission |
| 11/17/2017 | **Response**<br>Responses of Kevin M. Ross, Individually, to Plaintiffs' Second Requests for Admission |
| 11/17/2017 | **Response**<br>Responses of Kevin M. Ross, Individually, to Plaintiffs' Request for Production of Documents |
| 11/17/2017 | **Response**<br>Response of Kevin Ross Individually, to Plaintiffs' First Set of Interrogatories |
| 11/28/2017 | **Memorandum**<br>Supporting Plea of Abatement |
| 12/29/2017 | **Memorandum**<br>Motion for Continuance of Defendant's Motion for Summary Judgment- Granted |
| 03/20/2018 | **Motion**<br>Plaintiffs' Motion to Enter Temporary Injunction Following Hearing |
| 03/23/2018 | **Defendant's**<br>Defendants' Opposition to Plaintiffs' Motion to Enter Temporary Injunction Following Hearing |
| 03/29/2018 | **Notice of Hearing** |
| 04/06/2018 | **Defendant's**<br>Plea of Abatement |
| 04/06/2018 | **Response**<br>Response to Motion for Entry of Temporary Injunction |
| 04/06/2018 | **Defendant's**<br>Defendants' Plea of Abatement |
| 04/11/2018 | **Response**<br>Plaintiffs' Reply to Defendants' Response to Plaintiffs' Motion to Enter Temporary Injunction Following Hearing |
| 04/11/2018 | **Notice of Hearing** |
| 04/12/2018 | **Response**<br>Plaintiffs' Response to Pleas in Abatement of Defendants Matthew Guy Landgraf, Kevin Ross, as Trustee, and Kevin Ross, Individually |
| 04/16/2018 | **Motion to Enter** (9:00 AM) (Judicial Officer Roach, John R., Jr.)<br>Temporary Injunction Following Hearing & mtn to abate |
| 04/16/2018 | **Temporary Injunction**<br>Order Granting Temporary Injunction in Part and Denying Temporary Injunction in Part |
| 04/24/2018 | **Certificate of Cash Deposit in Lieu of Surety Bond** |
| 04/24/2018 | **Letter**<br>Re: Bond Amount |
| 11/06/2018 | **Motion to Withdraw**<br>Defendants' Counsel's Motion to Withdraw |
| 11/07/2018 | **Order of Withdrawal of Counsel**<br>Order Granting Defendants' Counsel's Motion to Withdraw |
| 01/08/2019 | **Amended Motion**<br>Defendants' Counsel's Amended Motion to Withdraw |
| 01/22/2019 | **Order of Withdrawal of Counsel**<br>Order Granting Defendants' Counsel's Amended Motion to Withdraw |
| 02/14/2019 | **Motion**<br>Plaintiffs' Motion to Abate Pending Adjudication of Underlying Claim |
| 02/14/2019 | **Case Abated (Inactive - Pending)**<br>Order Granting Plaintiffs' Motion to Abate Pending Adjudication of Underlying Claim |
| 02/20/2019 | **Motion to Withdraw**<br>Michael Weston's Motion to Withdraw as Attorney for Defendant, Kevin M. Ross |
| 02/21/2019 | **Order of Withdrawal of Counsel**<br>Order Approving Motion to Withdraw as Counsel for Defendant, Kevin M. Ross |
| 03/04/2019 | **CANCELED Trial Before the Court** (9:00 AM) (Judicial Officer Roach, John R., Jr.)<br>Other |
| 03/27/2019 | **Notice**<br>Suggestion of Bankruptcy |
| 08/26/2020 | **Status** (9:00 AM) (Judicial Officer Roach, John R., Jr.) |
| 08/27/2020 | **General Docket Entry**<br>Status: need to be reset for Zoom 01-05-2021 9am |
| 01/05/2021 | **Status** (9:00 AM) (Judicial Officer Roach, John R., Jr.) |
| 01/05/2021 | **General Docket Entry**<br>Status reset to future date given. |
| 01/07/2021 | **Order**<br>Order Setting Status Conference |
| 08/31/2021 | **Status** (9:00 AM) (Judicial Officer Roach, John R., Jr.) |
| 08/31/2021 | **General Docket Entry**<br>Case called, parties appeared. Case reset to 2022. |
| 06/28/2022 | **Status** (9:00 AM) (Judicial Officer Roach, John R., Jr.) |
| 12/13/2022 | **Status** (9:00 AM) (Judicial Officer Roach, John R., Jr.) |
| 12/13/2022 | **General Docket Entry**<br>Case called. No response. Case DWOP |
| 12/15/2022 | **Case - REACT- OCA** |
| 01/05/2023 | **Mailed**<br>Notice of Funds in Registry |
| 01/05/2023 | **Returned Mail Undeliverable** |
| 01/05/2023 | **Returned Mail Undeliverable** |
| 01/05/2023 | **Returned Mail Undeliverable** |
| 01/13/2023 | **Motion to Reinstate - Civil $80.00**<br>Plaintiffs' Motion to Reinstate |
| 01/30/2023 | **Order to Reinstate REOPEN - OCA**<br>Order Granting Reinstatement |
| 05/03/2023 | **Returned Mail Undeliverable** |
| 05/03/2023 | **Returned Mail Undeliverable** |
| 05/03/2023 | **Returned Mail Undeliverable** |

| Date | | Event | | | |
|---|---|---|---|---|---|
| 05/31/2023 | Dismissal for Want of Prosecution (1:30 PM) (Judicial Officer Roach, John R., Jr.) | | | | |

### FINANCIAL INFORMATION

| | Plaintiff B, M | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | 521.00 |
| | Total Payments and Credits | | | 521.00 |
| | Balance Due as of 05/22/2023 | | | 0.00 |
| 02/17/2017 | Transaction Assessment | | | 293.00 |
| 02/17/2017 | Payment | Receipt # DC-05877-2017 | S, M | (293.00) |
| 02/22/2017 | Transaction Assessment | | | 4.00 |
| 02/22/2017 | Payment | Receipt # DC-06430-2017 | Cloutier, Tracey L | (4.00) |
| 02/22/2017 | Transaction Assessment | | | 96.00 |
| 02/22/2017 | Payment | Receipt # DC-06543-2017 | B, M | (96.00) |
| 03/07/2017 | Transaction Assessment | | | 48.00 |
| 03/07/2017 | Payment | Receipt # DC-08387-2017 | B, M | (48.00) |
| 01/17/2023 | Transaction Assessment | | | 80.00 |
| 01/17/2023 | Payment | Receipt # DC-01086-2023 | B, M | (35.00) |
| 01/17/2023 | State Credit | | | (45.00) |