# TAB 2

Filed: 3/6/2017 10:44:07 AM
Lynne Finley
District Clerk
Collin County, Texas

By Ashley Clark Deputy
Envelope ID: 15677651

Electronically Served
2/23/2017 10:59:13 AM

**\*\*SEE ATTACHED\*\***
**\*\*\*AFFIDAVIT\*\*\***

THE STATE OF TEXAS
CIVIL CITATION
CASE NO.296-00801-2017

M B,I B,J S vs. Matthew Guy Landgraf,Kevin M. Ross,
Trustee for the Use and Benefit of Matthew Guy
Landgraf, Kevin M. Ross, Individually, STi Family
Holdings, LP,STi Family Management, LLC,STi Real
Estate, LLC

In the 296th District Court

Of Collin County, Texas

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file
a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of
twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: STi Real Estate, LLC
c/o Kevin M Ross its Registered Agent
1603 Lyndon B Johnson Fwy Ste 280
Dallas TX 75234, Defendant

GREETINGS: You are commanded to appear by filing a written answer to **Plaintiff's Original Petition and
Application for Temporary Restraining Order, Temporary Injunction and Permanent Injunction** at or before
ten o'clock A.M. on the Monday next after the expiration of twenty days after the date of service of this citation before
the Honorable 296th District Court of Collin County, Texas at the Courthouse of said County in McKinney, Texas.

Said Plaintiff's Petition was filed in said court, by Tracey L Cloutier  Peckar & Abramson PC  8080 North Central
Expressway  Suite 1600 LB 65  Dallas TX 75206 (Attorney for Plaintiff or Plaintiffs), on  February 16, 2017, in this
case, numbered 296-00801-2017 on the docket of said court.

The natures of Plaintiff's demand is fully shown by a true and correct copy of **Plaintiff's Original Petition and
Application for Temporary Restraining Order, Temporary Injunction and Permanent Injunction** accompanying
this citation and made a part hereof.

Issued and given under my hand and seal of said Court at McKinney, Texas, on this the 23rd day of February, 2017.

ATTEST: Lynne Finley, District Clerk
Collin County, Texas
Collin County Courthouse
2100 Bloomdale Road
McKinney, Texas 75071
972-548-4320, Metro 972-424-1460 ext. 4320

Signed: 2/23/2017 9:53:21 AM

By _LeAnne Brazeal_, Deputy
LeAnne Brazeal

The law prohibits the Judge and the clerks from giving legal advice, so please do not seek legal advice. Any
questions you have should be directed to an attorney.

Copy from re:SearchTX

## CAUSE NO. <u>296-00801-2017</u>

| | | |
|---|---|---|
| **M.B., I.B., AND J.S.** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiffs,** | § | |
| **VS.** | § | **296TH JUDICIAL DISTRICT** |
| | § | |
| **MATTHEW GUY LANDGRAF; ET AL** | § | |
| | § | |
| **Defendants.** | § | **COLLIN COUNTY, TEXAS** |

## <u>RETURN OF SERVICE</u>

Came to my hand on **Monday, February 27, 2017 at 9:00 AM,**
Executed at: **1603 LYNDON B. JOHNSON FREEWAY, SUITE 280, DALLAS, TEXAS 75234**
within the county of **DALLAS** at **10:00 AM,** on **Monday, February 27, 2017,**
by delivering to the within named:

### STI REAL ESTATE, LLC

By delivering to its **Registered Agent, KEVIN M. ROSS**
a true copy of this

### CIVIL CITATION; PLAINTIFFS' ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION AND PERMANENT INJUNCTION with EXHIBITS

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Adil Tadli** who after being duly sworn on oath states: "My name is **Adil Tadli.** I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under Rule 103 and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas."

|   |   |
|---|---|
| | **Adil Tadli** |
| **Of:** | **Dallas County** |
| **By:** | Authorized Person - SCH1206 - Exp 05/31/17 |

**Subscribed and Sworn to by Adil Tadli, Before Me, the undersigned authority, on this 6TH day of March, 2017.**

GAIL ROESLE
Notary Public
STATE OF TEXAS
ID#126810380
My Comm. Exp. April 12, 2017

Notary Public in and for the State of Texas

Copy from re:SearchTX

# TAB 3

Filed: 3/7/2017 9:41:33 AM
Lynne Finley   **Electronically Served**
District Clerk
Collin County, Texas
By Shatoya Morgan Deputy
Envelope ID: 15702611

**\*\*SEE ATTACHED\*\***
**\*\*\*AFFIDAVIT\*\*\***

THE STATE OF TEXAS
CIVIL CITATION
CASE NO.296-00801-2017

M B,I B,J S vs. Matthew Guy Landgraf,Kevin M. Ross,
Trustee for the Use and Benefit of Matthew Guy
Landgraf, Kevin M. Ross, Individually, STi Family
Holdings, LP,STi Family Management, LLC,STi Real
Estate, LLC

In the 296th District Court

Of Collin County, Texas

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: STi Family Management, LLC
c/o Kevin M Ross its Registered Agent
1603 Lyndon B Johnson Fwy Ste 280
Dallas TX 75234, Defendant

GREETINGS: You are commanded to appear by filing a written answer to **Plaintiff's Original Petition and Application for Temporary Restraining Order, Temporary Injunction and Permanent Injunction** at or before ten o'clock A.M. on the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 296th District Court of Collin County, Texas at the Courthouse of said County in McKinney, Texas.

Said Plaintiff's Petition was filed in said court, by Tracey L Cloutier  Peckar & Abramson PC  8080 North Central Expressway  Suite 1600 LB 65  Dallas TX 75206 (Attorney for Plaintiff or Plaintiffs), on  February 16, 2017, in this case, numbered 296-00801-2017 on the docket of said court.

The nature of Plaintiff's demand is fully shown by a true and correct copy of **Plaintiff's Original Petition and Application for Temporary Restraining Order, Temporary Injunction and Permanent Injunction** accompanying this citation and made a part hereof.

Issued and given under my hand and seal of said Court at McKinney, Texas, on this the 23rd day of February, 2017.

ATTEST: Lynne Finley, District Clerk
Collin County, Texas
Collin County Courthouse
2100 Bloomdale Road
McKinney, Texas 75071
972-548-4320, Metro 972-424-1460 ext. 4320

Signed: 2/23/2017 9:53:56 AM

By _LeAnne Brazeal_ , Deputy

LeAnne Brazeal

**The law prohibits the Judge and the clerks from giving legal advice, so please do not seek legal advice. Any questions you have should be directed to an attorney.**

Copy from re:SearchTX

## CAUSE NO. <u>296-00801-2017</u>

| | | |
|---|---|---|
| **M.B., I.B., AND J.S.** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiffs,** | § | |
| **VS.** | § | **296TH JUDICIAL DISTRICT** |
| | § | |
| **MATTHEW GUY LANDGRAF; ET AL** | § | |
| | § | |
| **Defendants.** | § | **COLLIN COUNTY, TEXAS** |

## RETURN OF SERVICE

Came to my hand on **Monday, February 27, 2017 at 9:00 AM,**
Executed at: **1603 LYNDON B. JOHNSON FREEWAY, SUITE 280, DALLAS, TEXAS 75234**
within the county of **DALLAS** at 10:00 AM, on Monday, February 27, 2017,
by delivering to the within named:

### STI FAMILY MANAGEMENT, LLC

By delivering to its **Registered Agent, KEVIN M. ROSS**
a true copy of this

### CIVIL CITATION; PLAINTIFFS' ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION AND PERMANENT INJUNCTION with EXHIBITS

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Adil Tadli** who after being duly sworn on oath states: "My name is **Adil Tadli.** I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under Rule 103 and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas."

|   |   |
|---|---|
| | **Adil Tadli** |
| **Of:** | **Dallas County** |
| **By:** | |
| | Authorized Person - SCH1206 - Exp 05/31/17 |

Subscribed and Sworn to by Adil Tadli, Before Me, the undersigned authority, on this 6TH day of **March, 2017.**

GAIL ROESLE
Notary Public
STATE OF TEXAS
ID#126810380
My Comm. Exp. April 12, 2017

Notary Public in and for the State of Texas

Copy from re:SearchTX

# TAB 4

Filed: 3/7/2017 1:40:02 PM
Lynne Finley
District Clerk
Collin County, Texas
By Lauren Meyers Deputy
Envelope ID: 15713669

## CAUSE NO. <u>296-00801-2017</u>

| | | |
|---|---|---|
| M.B., I.B., AND J.S. | § | IN THE DISTRICT COURT |
| | § | |
| **Plaintiffs,** | § | |
| VS. | § | 296TH JUDICIAL DISTRICT |
| | § | |
| MATTHEW GUY LANDGRAF; ET AL | § | |
| | § | |
| **Defendants.** | § | COLLIN COUNTY, TEXAS |

## <u>AMENDED RETURN OF SERVICE</u>

Came to my hand on **Monday, February 27, 2017 at 9:00 AM,**
Executed at: **1603 LYNDON B. JOHNSON FREEWAY, SUITE 280, DALLAS, TEXAS 75234**
within the county of **DALLAS** at 10:00 AM, on **Monday, February 27, 2017,**
by individually and personally delivering to the within named:

### KEVIN M. ROSS

a true copy of this

### CIVIL CITATION; PLAINTIFFS' ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION AND PERMANENT INJUNCTION with EXHIBITS

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Adil Tadli** who after being duly sworn on oath states: "My name is **Adil Tadli**. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under Rule 103 and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas."

**Adil Tadli**
_____

Of:   **Dallas County**
_____

By:   _____
Authorized Person - SCH1206 - Exp 05/31/17

Subscribed and Sworn to by Adil Tadli, Before Me, the undersigned authority, on this 7TH day of March, 2017.

GAIL ROESLE
Notary Public
STATE OF TEXAS
ID#126810380
My Comm. Exp. April 12, 2017

_____
Notary Public in and for the State of Texas

Copy from re:SearchTX

Electronically Served
2/23/2017 10:36:33 AM

**\*\*SEE ATTACHED\*\***
**\*\*\*AFFIDAVIT\*\*\***

THE STATE OF TEXAS
CIVIL CITATION
CASE NO.296-00801-2017

M B,I B,J S vs. Matthew Guy Landgraf,Kevin M. Ross,
Trustee for the Use and Benefit of Matthew Guy
Landgraf, Kevin M. Ross, Individually, STi Family
Holdings, LP,STi Family Management, LLC,STi Real
Estate, LLC

In the 296th District Court

Of Collin County, Texas

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:  Kevin M. Ross, Individually
1603 Lyndon B Johnson Freeway
Suite 280
Dallas TX 75234, Defendant

GREETINGS:  You are commanded to appear by filing a written answer to **Plaintiff's Original Petition and Application for Temporary Restraining Order, Temporary Injunction and Permanent Injunction** at or before ten o'clock A.M. on the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 296th District Court of Collin County, Texas at the Courthouse of said County in McKinney, Texas.

Said Plaintiff's Petition was filed in said court, by Tracey L Cloutier  Peckar & Abramson PC  8080 North Central Expressway  Suite 1600 LB 65  Dallas TX 75206 (Attorney for Plaintiff or Plaintiffs), on  February 16, 2017, in this case, numbered 296-00801-2017 on the docket of said court.

The natures of Plaintiff's demand is fully shown by a true and correct copy of **Plaintiff's Original Petition and Application for Temporary Restraining Order, Temporary Injunction and Permanent Injunction** accompanying this citation and made a part hereof.

Issued and given under my hand and seal of said Court at McKinney, Texas, on this the 23rd day of February, 2017.

ATTEST: Lynne Finley, District Clerk
Collin County, Texas
Collin County Courthouse
2100 Bloomdale Road
McKinney, Texas 75071
972-548-4320, Metro 972-424-1460 ext. 4320

Signed: 2/23/2017 9:54:00 AM

By: _LeAnne Brazeal_ , Deputy
LeAnne Brazeal

The law prohibits the Judge and the clerks from giving legal advice, so please do not seek legal advice. Any questions you have should be directed to an attorney.

Copy from re:SearchTX

# TAB 5

Filed: 3/7/2017 1:33:14 PM
Lynne Finley
District Clerk
Collin County, Texas
By Shatoya Morgan Deputy
Envelope ID: 15713299

## CAUSE NO. 296-00801-2017

| | | |
|---|---|---|
| M.B., I.B., AND J.S. | § | IN THE DISTRICT COURT |
| | § | |
| **Plaintiffs,** | § | |
| VS. | § | 296TH JUDICIAL DISTRICT |
| | § | |
| MATTHEW GUY LANDGRAF; ET AL | § | |
| | § | |
| **Defendants.** | § | COLLIN COUNTY, TEXAS |

## AMENDED RETURN OF SERVICE

Came to my hand on **Monday, February 27, 2017 at 9:00 AM,**
Executed at: **1603 LYNDON B. JOHNSON FREEWAY, SUITE 280, DALLAS, TEXAS 75234**
within the county of **DALLAS** at **10:00 AM,** on **Monday, February 27, 2017,**
by individually and personally delivering to the within named:

### KEVIN M. ROSS

a true copy of this

### WRIT OF INJUNCTION and TEMPORARY RESTRAINING ORDER

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Adil Tadli** who after being duly sworn on oath states: "My name is **Adil Tadli.** I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under Rule 103 and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas."

**Adil Tadli**

Of:   **Dallas County**

By:   Authorized Person - SCH1206 - Exp 05/31/17

Subscribed and Sworn to by Adil Tadli, Before Me, the undersigned authority, on this 7TH day of March, 2017.

Notary Public in and for the State of Texas

GAIL ROESLE
Notary Public
STATE OF TEXAS
ID#126810380
My Comm. Exp. April 12, 2017

Copy from re:SearchTX

Electronically Served
~~2/23/2017 10:09:03~~ AM

**\*\*SEE ATTACHED\*\***
**\*\*\*AFFIDAVIT\*\*\***

THE STATE OF TEXAS
WRIT OF INJUNCTION
CASE NO: 296-00801-2017

M B,I B,J S vs. Matthew Guy Landgraf,Kevin M. Ross,
Trustee for the Use and Benefit of Matthew Guy Landgraf,
Kevin M. Ross, Individually, STi Family Holdings, LP,STi
Family Management, LLC,STi Real Estate, LLC

In the 296th District Court

Of Collin County, Texas

TO: Kevin M. Ross, Individually
1603 Lyndon B Johnson Freeway
Suite 280
Dallas TX 75234

GREETINGS:
    WHEREAS, on the 16th day of February, 2017, M B; I B; J S as Plaintiff (s), filed a petition in the 296th District
Court, Collin County, Texas, against Kevin M. Ross, as Trustee for the Use and Benefit of Matthew Guy Landgraf;
Matthew Guy Landgraf; STi Family Holdings, LP; STi Family Management, LLC; STi Real Estate, LLC; Kevin M. Ross,
Individually as Defendant (s), being numbered on the docket of said court in number 296-00801-2017 in which Plaintiff
sues for order restraining Defendant from committing certain acts as set out in copy of Plaintiff's Original Petition
attached hereto and made a part hereof and
    WHEREAS, Cynthia Wheless, Sitting Judge of said Court, by order made upon said petition, has granted the
Temporary Restraining Order as prayed for and has set down for hearing for the 8th day of March, 2017, at 9:00 AM, and
has directed the Clerk of the Court to issue the necessary writs.
    AND WHEREAS, the said Peckar & Abramson PC executed and filed with the Clerk of the Court a bond in the
amount of $100.00 dollars, made payable and conditioned as required by law and fiat of the Judge.
    NOW, THEREFORE, you the said Kevin M. Ross, Individually are hereby restrained and you will refrain from
committing any of the acts set out in the Court's Temporary Restraining Order attached hereto and made a part hereof as
set forth herein in full and verbatim, and you are commanded to be and appear before the Honorable 296th District Court,
at the Courthouse thereof in the City of McKinney on the 8th day of March, 2017, at 9:00 AM, then and there to show
cause, if any you have, why said restraining order should not be continued as a temporary or permanent injunction.
    HEREIN FAIL NOT, but due notice take hereof;

    WITNESS my hand and seal of said court, at office in the City of McKinney, on this the 23rd day of February,
2017.

ATTEST: Lynne Finley, District Clerk
Collin County, Texas
Collin County Courthouse
2100 Bloomdale Road
McKinney, Texas 75071
972-548-4320, Metro 972-424-1460, ext. 4320

Signed: 2/23/2017 10:16:08 AM

By: _LeAnne Brazeal_ , Deputy
LeAnne Brazeal

Copy from re:SearchTX

# TAB 6

Filed: 3/7/2017 1:38:40 PM
Lynne Finley
District Clerk
Collin County, Texas
By Lauren Meyers Deputy
Envelope ID: 15713598

## CAUSE NO. 296-00801-2017

| | | |
|---|---|---|
| M.B., I.B., AND J.S. | § | IN THE DISTRICT COURT |
| | § | |
| **Plaintiffs,** | § | |
| VS. | § | 296TH JUDICIAL DISTRICT |
| | § | |
| MATTHEW GUY LANDGRAF; ET AL | § | |
| | § | |
| **Defendants.** | § | COLLIN COUNTY, TEXAS |

## AMENDED RETURN OF SERVICE

Came to my hand on **Monday, February 27, 2017 at 9:00 AM,**
Executed at: **1603 LYNDON B. JOHNSON FREEWAY, SUITE 280, DALLAS, TEXAS 75234**
within the county of **DALLAS** at **10:00 AM,** on **Monday, February 27, 2017,**
by individually and personally delivering to the within named:

### KEVIN M. ROSS, AS TRUSTEE FOR THE USE AND
### BENEFIT OF MATTHEW GUY LANDGRAF

a true copy of this

### CIVIL CITATION; PLAINTIFFS' ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION AND PERMANENT INJUNCTION with EXHIBITS

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Adil Tadli** who after being duly sworn on oath states: "My name is **Adil Tadli.** I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under Rule 103 and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas."

**Adil Tadli** _____

Of: **Dallas County** _____

By: _____
Authorized Person - SCH1206 - Exp 05/31/17

**Subscribed and Sworn to by Adil Tadli, Before Me, the undersigned authority, on this 7TH day of March, 2017.**

GAIL ROESLE
Notary Public
STATE OF TEXAS
ID#126810360
My Comm. Exp. April 12, 2017

_____
Notary Public in and for the State of Texas

Copy from re:SearchTX

Electronically Served
2/23/2017 10:33:43 AM

**\*\*SEE ATTACHED\*\***
**\*\*\*AFFIDAVIT\*\*\***

THE STATE OF TEXAS
CIVIL CITATION
CASE NO.296-00801-2017

M B,I B,J S vs. Matthew Guy Landgraf,Kevin M. Ross,
Trustee for the Use and Benefit of Matthew Guy
Landgraf, Kevin M. Ross, Individually, STi Family
Holdings, LP,STi Family Management, LLC,STi Real
Estate, LLC

In the 296th District Court

Of Collin County, Texas

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file
a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of
twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: Kevin M. Ross, as Trustee for the Use and Benefit of Matthew Guy Landgraf
1603 Lyndon B Johnson Freeway
Suite 280
Dallas TX 75234, Defendant

GREETINGS: You are commanded to appear by filing a written answer to **Plaintiff's Original Petition and
Application for Temporary Restraining Order, Temporary Injunction and Permanent Injunction** at or before
ten o'clock A.M. on the Monday next after the expiration of twenty days after the date of service of this citation before
the Honorable 296th District Court of Collin County, Texas at the Courthouse of said County in McKinney, Texas.

Said Plaintiff's Petition was filed in said court, by Tracey L Cloutier  Peckar & Abramson PC  8080 North Central
Expressway  Suite 1600 LB 65  Dallas TX 75206 (Attorney for Plaintiff or Plaintiffs), on  February 16, 2017, in this
case, numbered 296-00801-2017 on the docket of said court.

The natures of Plaintiff's demand is fully shown by a true and correct copy of **Plaintiff's Original Petition and
Application for Temporary Restraining Order, Temporary Injunction and Permanent Injunction** accompanying
this citation and made a part hereof.

Issued and given under my hand and seal of said Court at McKinney, Texas, on this the 23rd day of February, 2017.

ATTEST: Lynne Finley, District Clerk
Collin County, Texas
Collin County Courthouse
2100 Bloomdale Road
McKinney, Texas 75071
972-548-4320, Metro 972-424-1460 ext. 4320

Signed: 2/23/2017 9:51:24 AM

By _LeAnne Brazeal_____ , Deputy
LeAnne Brazeal

**The law prohibits the Judge and the clerks from giving legal advice, so please do not seek legal advice. Any
questions you have should be directed to an attorney.**

Copy from re:SearchTX

# TAB 7

Filed: 3/7/2017 1:33:13 PM
Lynne Finley
District Clerk
Collin County, Texas
By Lauren Meyers Deputy
Envelope ID: 15713454

## CAUSE NO. <u>296-00801-2017</u>

| | | |
|---|---|---|
| M.B., I.B., AND J.S. | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiffs,** | § | |
| VS. | § | **296TH JUDICIAL DISTRICT** |
| | § | |
| MATTHEW GUY LANDGRAF; ET AL | § | |
| | § | |
| **Defendants.** | § | **COLLIN COUNTY, TEXAS** |

## <u>AMENDED RETURN OF SERVICE</u>

Came to my hand on **Monday, February 27, 2017 at 9:00 AM,**
Executed at: **1603 LYNDON B. JOHNSON FREEWAY, SUITE 280, DALLAS, TEXAS 75234**
within the county of **DALLAS** at **10:00 AM,** on **Monday, February 27, 2017,**
by individually and personally delivering to the within named:

### KEVIN M. ROSS, AS TRUSTEE FOR THE USE AND
### BENEFIT OF MATTHEW GUY LANDGRAF

a true copy of this

### WRIT OF INJUNCTION and TEMPORARY RESTRAINING ORDER

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Adil Tadli** who after being duly sworn on oath states: "My name is **Adil Tadli.** I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under Rule 103 and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas."

|  | |
|---|---|
| | **Adil Tadli** |
| Of: | **Dallas County** |
| By: | Authorized Person - SCH1206 - Exp 05/31/17 |

**Subscribed and Sworn to by Adil Tadli, Before Me, the undersigned authority, on this 7TH day of March, 2017.**

Notary Public in and for the State of Texas

GAIL ROESLE
Notary Public
STATE OF TEXAS
ID#126810380
My Comm. Exp. April 12, 2017

Copy from re:SearchTX

Electronically Served
2/23/2017 10:06:33 AM

# **SEE ATTACHED**
## ***AFFIDAVIT***

THE STATE OF TEXAS
WRIT OF INJUNCTION
CASE NO: 296-00801-2017

M B,I B,J S vs. Matthew Guy Landgraf,Kevin M. Ross,
Trustee for the Use and Benefit of Matthew Guy Landgraf,
Kevin M. Ross, Individually, STi Family Holdings, LP,STi
Family Management, LLC,STi Real Estate, LLC

In the 296th District Court

Of Collin County, Texas

TO: Kevin M. Ross, as Trustee for the Use and Benefit of Matthew Guy Landgraf
1603 Lyndon B Johnson Freeway
Suite 280
Dallas TX 75234

GREETINGS:

WHEREAS, on the 16th day of February, 2017, M B; I B; J S as Plaintiff (s), filed a petition in the 296th District Court, Collin County, Texas, against Kevin M. Ross, as Trustee for the Use and Benefit of Matthew Guy Landgraf; Matthew Guy Landgraf; STi Family Holdings, LP; STi Family Management, LLC; STi Real Estate, LLC; Kevin M. Ross, Individually as Defendant (s), being numbered on the docket of said court in number 296-00801-2017 in which Plaintiff sues for order restraining Defendant from committing certain acts as set out in copy of Plaintiff's Original Petition attached hereto and made a part hereof and

WHEREAS, Cynthia Wheless, Sitting Judge of said Court, by order made upon said petition, has granted the Temporary Restraining Order as prayed for and has set down for hearing for the 8th day of March, 2017, at 9:00 AM, and has directed the Clerk of the Court to issue the necessary writs.

AND WHEREAS, the said Peckar & Abramson PC executed and filed with the Clerk of the Court a bond in the amount of $100.00 dollars, made payable and conditioned as required by law and fiat of the Judge.

NOW, THEREFORE, you the said Kevin M. Ross, as Trustee for the Use and Benefit of Matthew Guy Landgraf are hereby restrained and you will refrain from committing any of the acts set out in the Court's Temporary Restraining Order attached hereto and made a part hereof as set forth herein in full and verbatim, and you are commanded to be and appear before the Honorable 296th District Court, at the Courthouse thereof in the City of McKinney on the 8th day of March, 2017, at 9:00 AM, then and there to show cause, if any you have, why said restraining order should not be continued as a temporary or permanent injunction.

HEREIN FAIL NOT, but due notice take hereof;

WITNESS my hand and seal of said court, at office in the City of McKinney, on this the 23rd day of February, 2017.

ATTEST: Lynne Finley, District Clerk
Collin County, Texas
Collin County Courthouse
2100 Bloomdale Road
McKinney, Texas 75071
972-548-4320, Metro 972-424-1460, ext. 4320

Signed: 2/23/2017 10:06:33 AM

By: _LeAnne Brazeal_____, Deputy
LeAnne Brazeal

Copy from re:SearchTX

# TAB 8

Filed: 3/7/2017 1:46:17 PM
District Clerk
Collin County, Texas
By Lauren Meyers Deputy
Envelope ID: 15713972

### CAUSE NO. 296-00801-2017

| | | |
|---|---|---|
| M.B., I.B., AND J.S. | § | IN THE DISTRICT COURT |
| | § | |
| **Plaintiffs,** | § | |
| VS. | § | **296TH JUDICIAL DISTRICT** |
| | § | |
| MATTHEW GUY LANDGRAF; ET AL | § | |
| | § | |
| **Defendants.** | § | **COLLIN COUNTY, TEXAS** |

## AMENDED RETURN OF SERVICE

Came to my hand on **Monday, February 27, 2017 at 9:00 AM**,
Executed at: **1603 LYNDON B. JOHNSON FREEWAY, SUITE 280, DALLAS, TEXAS 75234**
within the county of **DALLAS** at **10:00 AM, on Monday, February 27, 2017,**
by delivering to the within named:

### STI FAMILY HOLDINGS, LP

By delivering to its **Registered Agent, KEVIN M. ROSS**
a true copy of this

### WRIT OF INJUNCTION and TEMPORARY RESTRAINING ORDER

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Adil Tadli** who after being duly sworn on oath states: "My name is **Adil Tadli**. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under Rule 103 and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas."

**Adil Tadli**

Of:     **Dallas County**

By:     _____
Authorized Person - SCH1206 - Exp 05/31/17

**Subscribed and Sworn to by Adil Tadli, Before Me, the undersigned authority, on this 7TH day of March, 2017.**

_____
Notary Public in and for the State of Texas



GAIL ROESLE
Notary Public
STATE OF TEXAS
ID#126810380
My Comm. Exp. April 12, 2017

Copy from re:SearchTX

Electronically Served
2/23/2017 10:09:53 AM

**\*\*SEE ATTACHED\*\***
**\*\*\*AFFIDAVIT\*\*\***

THE STATE OF TEXAS
WRIT OF INJUNCTION
CASE NO: 296-00801-2017

M B,I B,J S vs. Matthew Guy Landgraf,Kevin M. Ross,
Trustee for the Use and Benefit of Matthew Guy Landgraf,
Kevin M. Ross, Individually, STi Family Holdings, LP,STi
Family Management, LLC,STi Real Estate, LLC

In the 296th District Court

Of Collin County, Texas

TO: STi Family Holdings, LP
c/o Kevin M Ross its Registered Agent
1603 Lyndon B Johnson Fwy Ste 280
Dallas TX 75234

GREETINGS:

    WHEREAS, on the 16th day of February, 2017, M B; I B; J S as Plaintiff (s), filed a petition in the 296th District Court, Collin County, Texas, against Kevin M. Ross, as Trustee for the Use and Benefit of Matthew Guy Landgraf; Matthew Guy Landgraf; STi Family Holdings, LP; STi Family Management, LLC; STi Real Estate, LLC; Kevin M. Ross, Individually as Defendant (s), being numbered on the docket of said court in number 296-00801-2017 in which Plaintiff sues for order restraining Defendant from committing certain acts as set out in copy of Plaintiff's Original Petition attached hereto and made a part hereof and

    WHEREAS, Cynthia Wheless, Sitting Judge of said Court, by order made upon said petition, has granted the Temporary Restraining Order as prayed for and has set down for hearing for the 8th day of March, 2017, at 9:00 AM, and has directed the Clerk of the Court to issue the necessary writs.

    AND WHEREAS, the said Peckar & Abramson PC executed and filed with the Clerk of the Court a bond in the amount of $100.00 dollars, made payable and conditioned as required by law and fiat of the Judge.

    NOW, THEREFORE, you the said STi Family Holdings, LP are hereby restrained and you will refrain from committing any of the acts set out in the Court's Temporary Restraining Order attached hereto and made a part hereof as set forth herein in full and verbatim, and you are commanded to be and appear before the Honorable 296th District Court, at the Courthouse thereof in the City of McKinney on the 8th day of March, 2017, at 9:00 AM, then and there to show cause, if any you have, why said restraining order should not be continued as a temporary or permanent injunction.

    HEREIN FAIL NOT, but due notice take hereof;

    WITNESS my hand and seal of said court, at office in the City of McKinney, on this the 23rd day of February, 2017.

ATTEST: Lynne Finley, District Clerk
Collin County, Texas
Collin County Courthouse
2100 Bloomdale Road
McKinney, Texas 75071
972-548-4320, Metro 972-424-1460, ext. 4320

Signed: 2/23/2017 10:09:56 AM

By: _LeAnne Brazeal_ , Deputy
LeAnne Brazeal

Copy from re:SearchTX

# TAB 9

Filed: 3/7/2017 1:44:35 PM
Lynne Finley
District Clerk
Collin County, Texas
By Jennifer Null Deputy
Envelope ID: 15713887

## CAUSE NO. 296-00801-2017

| | | |
|---|---|---|
| M.B., I.B., AND J.S. | § | IN THE DISTRICT COURT |
| | § | |
| **Plaintiffs,** | § | |
| VS. | § | 296TH JUDICIAL DISTRICT |
| | § | |
| MATTHEW GUY LANDGRAF; ET AL | § | |
| | § | |
| **Defendants.** | § | COLLIN COUNTY, TEXAS |

## AMENDED RETURN OF SERVICE

Came to my hand on **Monday, February 27, 2017 at 9:00 AM,**
Executed at: **1603 LYNDON B. JOHNSON FREEWAY, SUITE 280, DALLAS, TEXAS 75234**
within the county of **DALLAS** at **10:00 AM**, on **Monday, February 27, 2017,**
by delivering to the within named:

### STI REAL ESTATE, LLC

By delivering to its **Registered Agent, KEVIN M. ROSS**
a true copy of this

### WRIT OF INJUNCTION and TEMPORARY RESTRAINING ORDER

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Adil Tadli** who after being duly sworn on oath states: "My name is **Adil Tadli**. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under Rule 103 and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas."

**Adil Tadli**

Of: **Dallas County**

By: _____
Authorized Person - SCH1206 - Exp 05/31/17

**Subscribed and Sworn to by Adil Tadli, Before Me, the undersigned authority, on this 7TH day of March, 2017.**

_____
Notary Public in and for the State of Texas

GAIL ROESLE
Notary Public
STATE OF TEXAS
ID#126810380
My Comm. Exp. April 12, 2017

Copy from re:SearchTX

Electronically Served
2/23/2017 18:25:43 AM

**\*\*SEE ATTACHED\*\***
**\*\*\*AFFIDAVIT\*\*\***

THE STATE OF TEXAS
WRIT OF INJUNCTION
CASE NO: 296-00801-2017

M B,I B,J S vs. Matthew Guy Landgraf,Kevin M. Ross,
Trustee for the Use and Benefit of Matthew Guy Landgraf,
Kevin M. Ross, Individually, STi Family Holdings, LP,STi
Family Management, LLC,STi Real Estate, LLC

In the 296th District Court

Of Collin County, Texas

TO: STi Real Estate, LLC
c/o Kevin M Ross its Registered Agent
1603 Lyndon B Johnson Fwy Ste 280
Dallas TX 75234

GREETINGS:
WHEREAS, on the 16th day of February, 2017, M B; I B; J S as Plaintiff (s), filed a petition in the 296th District Court, Collin County, Texas, against Kevin M. Ross, as Trustee for the Use and Benefit of Matthew Guy Landgraf; Matthew Guy Landgraf; STi Family Holdings, LP; STi Family Management, LLC; STi Real Estate, LLC; Kevin M. Ross, Individually as Defendant (s), being numbered on the docket of said court in number 296-00801-2017 in which Plaintiff sues for order restraining Defendant from committing certain acts as set out in copy of Plaintiff's Original Petition attached hereto and made a part hereof and
WHEREAS, Cynthia Wheless, Sitting Judge of said Court, by order made upon said petition, has granted the Temporary Restraining Order as prayed for and has set down for hearing for the 8th day of March, 2017, at 9:00 AM, and has directed the Clerk of the Court to issue the necessary writs.
AND WHEREAS, the said Peckar & Abramson PC executed and filed with the Clerk of the Court a bond in the amount of $100.00 dollars, made payable and conditioned as required by law and fiat of the Judge.
NOW, THEREFORE, you the said STi Real Estate, LLC are hereby restrained and you will refrain from committing any of the acts set out in the Court's Temporary Restraining Order attached hereto and made a part hereof as set forth herein in full and verbatim, and you are commanded to be and appear before the Honorable 296th District Court, at the Courthouse thereof in the City of McKinney on the 8th day of March, 2017, at 9:00 AM, then and there to show cause, if any you have, why said restraining order should not be continued as a temporary or permanent injunction.
HEREIN FAIL NOT, but due notice take hereof;

WITNESS my hand and seal of said court, at office in the City of McKinney, on this the 23rd day of February, 2017.

ATTEST: Lynne Finley, District Clerk
Collin County, Texas
Collin County Courthouse
2100 Bloomdale Road
McKinney, Texas 75071
972-548-4320, Metro 972-424-1460, ext. 4320

Signed: 2/23/2017 10:12:10 AM

By: _LeAnne Brazeal_ , Deputy
LeAnne Brazeal

Copy from re:SearchTX

# TAB 10

Filed: 3/7/2017 1:43:15 PM
Lynne Finley
District Clerk
Collin County, Texas
By Lauren Meyers Deputy
Envelope ID: 15713811

## CAUSE NO. 296-00801-2017

| | | |
|---|---|---|
| M.B., I.B., AND J.S. | § | IN THE DISTRICT COURT |
| | § | |
| **Plaintiffs,** | § | |
| VS. | § | 296TH JUDICIAL DISTRICT |
| | § | |
| MATTHEW GUY LANDGRAF; ET AL | § | |
| | § | |
| **Defendants.** | § | COLLIN COUNTY, TEXAS |

## AMENDED RETURN OF SERVICE

Came to my hand on **Monday, February 27, 2017 at 9:00 AM,**
Executed at: **1603 LYNDON B. JOHNSON FREEWAY, SUITE 280, DALLAS, TEXAS 75234**
within the county of **DALLAS** at 10:00 AM, on **Monday, February 27, 2017,**
by delivering to the within named:

### STI FAMILY MANAGEMENT, LLC

By delivering to its **Registered Agent, KEVIN M. ROSS**
a true copy of this

### WRIT OF INJUNCTION and TEMPORARY RESTRAINING ORDER

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Adil Tadli** who after being duly sworn on oath states: "My name is **Adil Tadli**. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under Rule 103 and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas."

|  |  |
|---|---|
| | **Adil Tadli** |
| Of: | **Dallas County** |
| By: | Authorized Person - SCH1206 - Exp 05/31/17 |

**Subscribed and Sworn to by Adil Tadli, Before Me, the undersigned authority, on this 7TH day of March, 2017.**

Notary Public in and for the State of Texas



GAIL ROESLE
Notary Public
STATE OF TEXAS
ID#126810380
My Comm. Exp. April 12, 2017

Page 84 of 276

Copy from re:SearchTX

Electronically Served
2/26/2017 10:59:03 AM

**\*\*SEE ATTACHED\*\***
**\*\*\*AFFIDAVIT\*\*\***

THE STATE OF TEXAS
WRIT OF INJUNCTION
CASE NO: 296-00801-2017

M B,I B,J S vs. Matthew Guy Landgraf,Kevin M. Ross,
Trustee for the Use and Benefit of Matthew Guy Landgraf,
Kevin M. Ross, Individually, STi Family Holdings, LP,STi
Family Management, LLC,STi Real Estate, LLC

In the 296th District Court

Of Collin County, Texas

TO: STi Family Management, LLC
c/o Kevin M Ross its Registered Agent
1603 Lyndon B Johnson Fwy Ste 280
Dallas TX 75234

GREETINGS:

    WHEREAS, on the 16th day of February, 2017, M B; I B; J S as Plaintiff (s), filed a petition in the 296th District Court, Collin County, Texas, against Kevin M. Ross, as Trustee for the Use and Benefit of Matthew Guy Landgraf; Matthew Guy Landgraf; STi Family Holdings, LP; STi Family Management, LLC; STi Real Estate, LLC; Kevin M. Ross, Individually as Defendant (s), being numbered on the docket of said court in number 296-00801-2017 in which Plaintiff sues for order restraining Defendant from committing certain acts as set out in copy of Plaintiff's Original Petition attached hereto and made a part hereof and

    WHEREAS, Cynthia Wheless, Sitting Judge of said Court, by order made upon said petition, has granted the Temporary Restraining Order as prayed for and has set down for hearing for the 8th day of March, 2017, at 9:00 AM, and has directed the Clerk of the Court to issue the necessary writs.

    AND WHEREAS, the said Peckar & Abramson PC executed and filed with the Clerk of the Court a bond in the amount of $100.00 dollars, made payable and conditioned as required by law and fiat of the Judge.

    NOW, THEREFORE, you the said STi Family Management, LLC are hereby restrained and you will refrain from committing any of the acts set out in the Court's Temporary Restraining Order attached hereto and made a part hereof as set forth herein in full and verbatim, and you are commanded to be and appear before the Honorable 296th District Court, at the Courthouse thereof in the City of McKinney on the 8th day of March, 2017, at 9:00 AM, then and there to show cause, if any you have, why said restraining order should not be continued as a temporary or permanent injunction.

    HEREIN FAIL NOT, but due notice take hereof;

    WITNESS my hand and seal of said court, at office in the City of McKinney, on this the 23rd day of February, 2017.

ATTEST: Lynne Finley, District Clerk
Collin County, Texas
Collin County Courthouse
2100 Bloomdale Road
McKinney, Texas 75071
972-548-4320, Metro 972-424-1460, ext. 4320

Signed: 2/23/2017 10:11:16 AM

By: *LeAnne Brazeal* , Deputy
LeAnne Brazeal

Copy from re:SearchTX

# TAB 11

Filed: 3/10/2017 3:35:24 PM
Lynne Finley
District Clerk
Collin County, Texas

By Helene Walkoviak Deputy
Envelope ID: 15802509

Electronically Served
3/7/2017 11:07:17 AM

THE STATE OF TEXAS
WRIT OF INJUNCTION
CASE NO: 296-00801-2017

M B,I B,J S vs. Matthew Guy Landgraf,Kevin M.
Ross, Trustee for the Use and Benefit of Matthew Guy
Landgraf, Kevin M. Ross, Individually, STi Family
Holdings, LP,STi Family Management, LLC,STi Real
Estate, LLC

In the 296th District Court

Of Collin County, Texas

TO: Kevin M. Ross, Individually
1603 Lyndon B Johnson Freeway
Suite 280
Dallas TX 75234

GREETINGS:

WHEREAS, on the 16th day of February, 2017, M B; I B; J S as Plaintiff (s), filed a petition in the
296th District Court, Collin County, Texas, against Kevin M. Ross, as Trustee for the Use and Benefit of
Matthew Guy Landgraf; Matthew Guy Landgraf; STi Family Holdings, LP; STi Family Management, LLC; STi
Real Estate, LLC; Kevin M. Ross, Individually as Defendant (s), being numbered on the docket of said court in
number 296-00801-2017 in which Plaintiff sues for order restraining Defendant from committing certain acts as
set out in copy of Plaintiff's Original Petition attached hereto and made a part hereof and

WHEREAS, Cynthia Wheless, Sitting Judge of said Court, by order made upon said petition, has
granted the Order Extending Temporary Restraining Order as prayed for and has set down for hearing for the
20th day of March, 2017, at 9:00 AM, and has directed the Clerk of the Court to issue the necessary writs.

AND WHEREAS, the said Peckar & Abramson PC executed and filed with the Clerk of the Court a
bond in the amount of $100.00 dollars, made payable and conditioned as required by law and fiat of the Judge.

NOW, THEREFORE, you the said Kevin M. Ross are hereby restrained and you will refrain from
committing any of the acts set out in the Court's Temporary Restraining Order attached hereto and made a part
hereof as set forth herein in full and verbatim, and you are commanded to be and appear before the Honorable
296th District Court, at the Courthouse thereof in the City of McKinney on the 20th day of March, 2017, at 9:00
AM, then and there to show cause, if any you have, why said restraining order should not be continued as a
temporary or permanent injunction.

HEREIN FAIL NOT, but due notice take hereof;

WITNESS my hand and seal of said court, at office in the City of McKinney, on this the 7th day of
March, 2017.

ATTEST: Lynne Finley, District Clerk
Collin County, Texas
Collin County Courthouse
2100 Bloomdale Road
McKinney, Texas 75071
972-548-4320, Metro 972-424-1460, ext. 4320

Signed: 3/7/2017 10:48:02 AM

By: _____, Deputy
LeAnne Brazeal

Copy from re:SearchTX

## CAUSE NO. <u>296-00801-2017</u>

| | | |
|---|---|---|
| **M.B., I.B. AND J.S.** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| **VS.** | § | **296TH JUDICIAL DISTRICT** |
| | § | |
| **MATTHEW GUY LANDGRAF, ET AL** | § | |
| | § | |
| **Defendant(s).** | § | **COLLIN COUNTY, TEXAS** |

## <u>RETURN OF SERVICE</u>

Came to my hand on **Tuesday, March 7, 2017 at 4:46 PM,**
Executed at: **1603 LYNDON B. JOHNSON FRWY, STE 280, DALLAS, TX 75234**
within the county of **DALLAS** at **10:25 AM, on Wednesday, March 8, 2017,**
by individually and personally delivering to the within named:

### KEVIN M. ROSS, INDIVIDUALLY

a true copy of this

### WRIT OF INJUNCTION, ORDER EXTENDING TEMPORARY RESTRAINING ORDER, AND TEMPORARY RESTRAINING ORDER

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Steven J. Treni** who after being duly sworn on oath states: "My name is **Steven J. Treni.** I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under Rule 103 and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas."

**Steven J. Treni**
_____

Of:   **Dallas County**
_____

By:   _____
Authorized Person - SCH1912 - Exp 4/30/19

Subscribed and Sworn to by Steven J. Treni, Before Me, the undersigned authority, on this
10th day of March, 2017.



CHARITY N COLEMAN
Notary Public
STATE OF TEXAS
ID#12523831-2
My Comm. Exp. Mar, 21, 2021

**Notary Public in and for the State of Texas**

Page 88 of 276

Copy from re:SearchTX

# TAB 12

Filed: 3/10/2017 3:47:01 PM
Lynne Finley
District Clerk
Collin County, Texas
Electronically Served
By Helene Walkoviak Deputy 3/7/2017 11:37:17 AM
Envelope ID: 15803147

THE STATE OF TEXAS
WRIT OF INJUNCTION
CASE NO: 296-00801-2017

M B,I B,J S vs. Matthew Guy Landgraf,Kevin M.
Ross, Trustee for the Use and Benefit of Matthew Guy
Landgraf, Kevin M. Ross, Individually, STi Family
Holdings, LP,STi Family Management, LLC,STi Real
Estate, LLC

In the 296th District Court

Of Collin County, Texas

TO: STi Real Estate, LLC
c/o Kevin M Ross its Registered Agent
1603 Lyndon B Johnson Fwy Ste 280
Dallas TX 75234

GREETINGS:
    WHEREAS, on the 16th day of February, 2017, M B; I B; J S as Plaintiff (s), filed a petition in the
296th District Court, Collin County, Texas, against Kevin M. Ross, as Trustee for the Use and Benefit of
Matthew Guy Landgraf; Matthew Guy Landgraf; STi Family Holdings, LP; STi Family Management, LLC; STi
Real Estate, LLC; Kevin M. Ross, Individually, as Defendant (s), being numbered on the docket of said court in
number 296-00801-2017 in which Plaintiff sues for order restraining Defendant from committing certain acts as
set out in copy of Plaintiff's Original Petition attached hereto and made a part hereof and
    WHEREAS, Cynthia Wheless, Sitting Judge of said Court, by order made upon said petition, has
granted the Order Extending Temporary Restraining Order as prayed for and has set down for hearing for the
20th day of March, 2017, at 9:00 AM, and has directed the Clerk of the Court to issue the necessary writs.
    AND WHEREAS, the said Peckar & Abramson PC executed and filed with the Clerk of the Court a
bond in the amount of $100.00 dollars, made payable and conditioned as required by law and fiat of the Judge.
    NOW, THEREFORE, you the said STi Real Estate, LLC are hereby restrained and you will refrain from
committing any of the acts set out in the Court's Temporary Restraining Order attached hereto and made a part
hereof as set forth herein in full and verbatim, and you are commanded to be and appear before the Honorable
296th District Court, at the Courthouse thereof in the City of McKinney on the 20th day of March, 2017, at 9:00
AM, then and there to show cause, if any you have, why said restraining order should not be continued as a
temporary or permanent injunction.
    HEREIN FAIL NOT, but due notice take hereof;

    WITNESS my hand and seal of said court, at office in the City of McKinney, on this the 7th day of
March, 2017.

ATTEST: Lynne Finley, District Clerk
Collin County, Texas
Collin County Courthouse
2100 Bloomdale Road
McKinney, Texas 75071
972-548-4320, Metro 972-424-1460, ext. 4320

Signed: 3/7/2017 10:26:25 AM

By: _____ , Deputy
LeAnne Brazeal

Copy from re:SearchTX

## CAUSE NO. 296-00801-2017

| | | |
|---|---|---|
| M.B., I.B. AND J.S. | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| VS. | § | 296TH JUDICIAL DISTRICT |
| | § | |
| MATTHEW GUY LANDGRAF, ET AL | § | |
| | § | |
| **Defendant(s).** | § | COLLIN COUNTY, TEXAS |

## RETURN OF SERVICE

Came to my hand on **Tuesday, March 7, 2017 at 4:47 PM,**
Executed at: **1603 LYNDON B. JOHNSON FRWY, STE 280, DALLAS, TX 75234**
within the county of **DALLAS** at 10:25 AM, on **Wednesday, March 8, 2017,**
by delivering to the within named:

### STI REAL ESTATE, LLC

By delivering to its **Registered Agent, KEVIN M ROSS**
a true copy of this

**WRIT OF INJUNCTION, ORDER EXTENDING TEMPORARY RESTRAINING ORDER, AND TEMPORARY RESTRAINING ORDER**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Steven J. Treni** who after being duly sworn on oath states: "My name is **Steven J. Treni**. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under Rule 103 and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas."

**Steven J. Treni**

Of:   **Dallas County**

By:   _Authorized Person - SCH1912 - Exp 4/30/19_

**Subscribed and Sworn to by Steven J. Treni, Before Me, the undersigned authority, on this**
10b **day of March, 2017.**



CHARITY N COLEMAN
Notary Public
STATE OF TEXAS
ID#12523831-2
My Comm. Exp. Mar. 31, 2021

_Charity N Coleman_
**Notary Public in and for the State of Texas**

Copy from re:SearchTX

# TAB 13

Filed: 3/10/2017 3:36:29 PM
Lynne Finley
District Clerk
Collin County, Texas

**Electronically Served**
3/7/2017 11:07:17 AM

By Helene Walkoviak Deputy
Envelope ID: 15802580

## THE STATE OF TEXAS
## WRIT OF INJUNCTION
## CASE NO: 296-00801-2017

M B,I B,J S vs. Matthew Guy Landgraf,Kevin M.
Ross, Trustee for the Use and Benefit of Matthew Guy
Landgraf, Kevin M. Ross, Individually, STi Family
Holdings, LP,STi Family Management, LLC,STi Real
Estate, LLC

In the 296th District Court

Of Collin County, Texas

TO: STi Family Holdings, LP
c/o Kevin M Ross its Registered Agent
1603 Lyndon B Johnson Fwy Ste 280
Dallas TX 75234

GREETINGS:

WHEREAS, on the 16th day of February, 2017, M B; I B; J S as Plaintiff (s), filed a petition in the 296th District Court, Collin County, Texas, against Kevin M. Ross, as Trustee for the Use and Benefit of Matthew Guy Landgraf; Matthew Guy Landgraf; STi Family Holdings, LP; STi Family Management, LLC; STi Real Estate, LLC; Kevin M. Ross, Individually, as Defendant (s), being numbered on the docket of said court in number 296-00801-2017 in which Plaintiff sues for order restraining Defendant from committing certain acts as set out in copy of Plaintiff's Original Petition attached hereto and made a part hereof and

WHEREAS, Cynthia Wheless, Sitting Judge of said Court, by order made upon said petition, has granted the Order Extending Temporary Restraining Order as prayed for and has set down for hearing for the 20th day of March, 2017, at 9:00 AM, and has directed the Clerk of the Court to issue the necessary writs.

AND WHEREAS, the said Peckar & Abramson PC executed and filed with the Clerk of the Court a bond in the amount of $100.00 dollars, made payable and conditioned as required by law and fiat of the Judge.

NOW, THEREFORE, you the said STi Family Holdings, LP are hereby restrained and you will refrain from committing any of the acts set out in the Court's Temporary Restraining Order attached hereto and made a part hereof as set forth herein in full and verbatim, and you are commanded to be and appear before the Honorable 296th District Court, at the Courthouse thereof in the City of McKinney on the 20th day of March, 2017, at 9:00 AM, then and there to show cause, if any you have, why said restraining order should not be continued as a temporary or permanent injunction.

HEREIN FAIL NOT, but due notice take hereof;

WITNESS my hand and seal of said court, at office in the City of McKinney, on this the 7th day of March, 2017.

ATTEST: Lynne Finley, District Clerk
Collin County, Texas
Collin County Courthouse
2100 Bloomdale Road
McKinney, Texas 75071
972-548-4320, Metro 972-424-1460, ext. 4320

Signed: 1/7/2017 10:41:22 AM

By: _____ , Deputy
LeAnne Brazeal

Copy from re:SearchTX

## CAUSE NO. 296-00801-2017

| | | |
|---|---|---|
| M.B., I.B. AND J.S. | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| VS. | § | 296TH JUDICIAL DISTRICT |
| | § | |
| MATTHEW GUY LANDGRAF, ET AL | § | |
| | § | |
| **Defendant(s).** | § | COLLIN COUNTY, TEXAS |

## RETURN OF SERVICE

Came to my hand on **Tuesday, March 7, 2017 at 4:46 PM,**
Executed at: **1603 LYNDON B. JOHNSON FRWY, STE 280, DALLAS, TX 75234**
within the county of **DALLAS** at **10:25 AM,** on **Wednesday, March 8, 2017,**
by delivering to the within named:

### STI FAMILY HOLDINGS, LP

By delivering to its **Registered Agent, KEVIN M ROSS**
a true copy of this

### WRIT OF INJUNCTION, ORDER EXTENDING TEMPORARY RESTRAINING ORDER, AND TEMPORARY RESTRAINING ORDER

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Steven J. Treni** who after being duly sworn on oath states: "My name is **Steven J. Treni.** I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under Rule 103 and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas."

**Steven J. Treni**

Of:    **Dallas County**

By:    _____
Authorized Person - SCH1912 - Exp 4/30/19

Subscribed and Sworn to by Steven J. Treni, Before Me, the undersigned authority, on this
1 0th day of March, 2017.

CHARITY N COLEMAN
Notary Public
STATE OF TEXAS
ID#12523831-2
My Comm. Exp. Mar. 01, 2021

_____
Notary Public in and for the State of Texas

Page 94 of 276

Copy from re:SearchTX

# TAB 14

Filed: 2/10/2017 3:37:28 PM
Lynne Finley
District Clerk
Collin County, Texas
By Helene Walkoviak Deputy
Envelope ID: 15802623

Electronically Served
2/7/2017 11:07:17 AM

THE STATE OF TEXAS
WRIT OF INJUNCTION
CASE NO: 296-00801-2017

M B,I B,J S vs. Matthew Guy Landgraf,Kevin M.
Ross, Trustee for the Use and Benefit of Matthew Guy
Landgraf, Kevin M. Ross, Individually, STi Family
Holdings, LP,STi Family Management, LLC,STi Real
Estate, LLC

In the 296th District Court

Of Collin County, Texas

TO: STi Family Management, LLC
c/o Kevin M Ross its Registered Agent
1603 Lyndon B Johnson Fwy Ste 280
Dallas TX  75234

GREETINGS:

WHEREAS, on the 16th day of February, 2017, M B; I B; J S as Plaintiff (s), filed a petition in the 296th District Court, Collin County, Texas, against Kevin M. Ross, as Trustee for the Use and Benefit of Matthew Guy Landgraf; Matthew Guy Landgraf; STi Family Holdings, LP; STi Family Management, LLC; STi Real Estate, LLC; Kevin M. Ross, Individually, as Defendant (s), being numbered on the docket of said court in number 296-00801-2017 in which Plaintiff sues for order restraining Defendant from committing certain acts as set out in copy of Plaintiff's Original Petition attached hereto and made a part hereof and

WHEREAS, Cynthia Wheless, Sitting Judge of said Court, by order made upon said petition, has granted the Order Extending Temporary Restraining Order as prayed for and has set down for hearing for the 20th day of March, 2017, at 9:00 AM, and has directed the Clerk of the Court to issue the necessary writs.

AND WHEREAS, the said Peckar & Abramson PC executed and filed with the Clerk of the Court a bond in the amount of $100.00 dollars, made payable and conditioned as required by law and fiat of the Judge.

NOW, THEREFORE, you the said STi Family Management, LLC are hereby restrained and you will refrain from committing any of the acts set out in the Court's Temporary Restraining Order attached hereto and made a part hereof as set forth herein in full and verbatim, and you are commanded to be and appear before the Honorable 296th District Court, at the Courthouse thereof in the City of McKinney on the 20th day of March, 2017, at 9:00 AM, then and there to show cause, if any you have, why said restraining order should not be continued as a temporary or permanent injunction.

HEREIN FAIL NOT, but due notice take hereof;

WITNESS my hand and seal of said court, at office in the City of McKinney, on this the 7th day of March, 2017.

ATTEST: Lynne Finley, District Clerk
Collin County, Texas
Collin County Courthouse
2100 Bloomdale Road
McKinney, Texas 75071
972-548-4320, Metro 972-424-1460, ext. 4320

Signed: 3/7/2017 10:43:04 AM

By: _____ , Deputy
LeAnne Brazeal

Copy from re:SearchTX

## CAUSE NO. <u>296-00801-2017</u>

| | | |
|---|---|---|
| M.B., I.B. AND J.S. | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| VS. | § | 296TH JUDICIAL DISTRICT |
| | § | |
| MATTHEW GUY LANDGRAF, ET AL | § | |
| | § | |
| **Defendant(s).** | § | COLLIN COUNTY, TEXAS |

## <u>RETURN OF SERVICE</u>

Came to my hand on **Tuesday, March 7, 2017 at 4:47 PM,**
Executed at: **1603 LYNDON B. JOHNSON FRWY, STE 280, DALLAS, TX 75234**
within the county of **DALLAS** at 10:25 AM, on **Wednesday, March 8, 2017,**
by delivering to the within named:

### STI FAMILY MANAGEMENT, LLC

By delivering to its **Registered Agent, KEVIN M ROSS**
a true copy of this

### WRIT OF INJUNCTION, ORDER EXTENDING TEMPORARY RESTRAINING ORDER, AND TEMPORARY RESTRAINING ORDER

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Steven J. Treni** who after being duly sworn on oath states: "My name is **Steven J. Treni.** I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under Rule 103 and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas."

**Steven J. Treni**
_____

Of:    **Dallas County**
_____

By:    _____
Authorized Person - SCH1912 - Exp 4/30/19

Subscribed and Sworn to by Steven J. Treni, Before Me, the undersigned authority, on this
1 o_____ day of March, 2017.



_____
**Notary Public in and for the State of Texas**

CHARITY N COLEMAN
Notary Public
STATE OF TEXAS
ID#12523831-2
My Comm. Exp. Mar. 21, 2021

Copy from re:SearchTX

# TAB 15

Filed: 3/13/2017 10:18:51 AM
Lynne Finley
District Clerk    **Electronically Served**
Collin County, Texas    3/13/2017 11:07:17 AM
By Kristie Kaviani Deputy
Envelope ID: 15815200

THE STATE OF TEXAS
WRIT OF INJUNCTION
CASE NO: 296-00801-2017

M B,I B,J S vs. Matthew Guy Landgraf,Kevin M. Ross,                    In the 296th District Court
Trustee for the Use and Benefit of Matthew Guy Landgraf,
Kevin M. Ross, Individually, STi Family Holdings, LP,STi
Family Management, LLC,STi Real Estate, LLC

 

                                                                     Of Collin County, Texas

TO: Kevin M. Ross, as Trustee for the Use and Benefit of Matthew Guy Landgraf
1603 Lyndon B Johnson Freeway
Suite 280
Dallas TX 75234

GREETINGS:

WHEREAS, on the 16th day of February, 2017, M B; I B; J S as Plaintiff (s), filed a petition in the 296th District Court, Collin County, Texas, against Kevin M. Ross, as Trustee for the Use and Benefit of Matthew Guy Landgraf; Matthew Guy Landgraf; STi Family Holdings, LP; STi Family Management, LLC; STi Real Estate, LLC; Kevin M. Ross, Individually as Defendant (s), being numbered on the docket of said court in number 296-00801-2017 in which Plaintiff sues for order restraining Defendant from committing certain acts as set out in copy of Plaintiff's Original Petition attached hereto and made a part hereof and

WHEREAS, Cynthia Wheless, Sitting Judge of said Court, by order made upon said petition, has granted the Order Extending Temporary Restraining Order as prayed for and has set down for hearing for the 20th day of March, 2017, at 9:00 AM, and has directed the Clerk of the Court to issue the necessary writs.

AND WHEREAS, the said Peckar & Abramson PC executed and filed with the Clerk of the Court a bond in the amount of $100.00 dollars, made payable and conditioned as required by law and fiat of the Judge.

NOW, THEREFORE, you the said Kevin M. Ross, as Trustee for the Use and Benefit of Matthew Guy Landgraf, are hereby restrained and you will refrain from committing any of the acts set out in the Court's Temporary Restraining Order attached hereto and made a part hereof as set forth herein in full and verbatim, and you are commanded to be and appear before the Honorable 296th District Court, at the Courthouse thereof in the City of McKinney on the 20th day of March, 2017, at 9:00 AM, then and there to show cause, if any you have, why said restraining order should not be continued as a temporary or permanent injunction.

HEREIN FAIL NOT, but due notice take hereof;

WITNESS my hand and seal of said court, at office in the City of McKinney, on this the 7th day of March, 2017.

ATTEST: Lynne Finley, District Clerk
Collin County, Texas
Collin County Courthouse
2100 Bloomdale Road
McKinney, Texas 75071
972-548-4320, Metro 972-424-1460, ext. 4320

Signed: 3/7/2017 10:37:02 AM

By _____, Deputy
LeAnne Brazeal

Copy from re:SearchTX

## CAUSE NO. <u>296-00801-2017</u>

| | | |
|---|---|---|
| M.B., I.B. AND J.S. | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| VS. | § | 296TH JUDICIAL DISTRICT |
| | § | |
| MATTHEW GUY LANDGRAF, ET AL | § | |
| | § | |
| **Defendant(s).** | § | COLLIN COUNTY, TEXAS |

## <u>RETURN OF SERVICE</u>

Came to my hand on **Tuesday, March 7, 2017 at 4:46 PM,**
Executed at: **1603 LYNDON B. JOHNSON FRWY, STE 280, DALLAS, TX 75234**
within the county of **DALLAS** at **10:25 AM, on Wednesday, March 8, 2017,**
by individually and personally delivering to the within named:

### KEVIN M. ROSS, AS TRUSTEE FOR THE USE AND BENEFIT OF MATTHEW GUY LANDGRAF

a true copy of this

### WRIT OF INJUNCTION, ORDER EXTENDING TEMPORARY RESTRAINING ORDER, AND TEMPORARY RESTRAINING ORDER

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Steven J. Treni** who after being duly sworn on oath states: "My name is **Steven J. Treni**. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under Rule 103 and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas."

<br>

**Steven J. Treni**

Of: **Dallas County**

By: _____
Authorized Person - SCH1912 - Exp 4/30/19

<br>

**Subscribed and Sworn to by Steven J. Treni, Before Me, the undersigned authority, on this**
__10th__ **day of March, 2017.**



Notary Public in and for the State of Texas

CHARITY N COLEMAN
Notary Public
STATE OF TEXAS
ID#12523831-2
My Comm. Exp. Mar. 21, 2021

Page 100 of 276

Copy from re:SearchTX

# TAB 16

Filed: 3/17/2017 1:33:43 PM
Lynne Finley
District Clerk
Collin County, Texas
By Lauren Meyers Deputy
Envelope ID: 15925096

CAUSE NO. 296-00801-2017

| M.B., I.B. AND J.S. | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | 296TH JUDICIAL DISTRICT |
| | § | |
| MATTHEW GUY LANDGRAF *et al.* | § | COLLIN COUNTY, TEXAS |

## ANSWER OF KEVIN ROSS, INDIVIDUALLY

Subject to his Motion to Dismiss Baseless Claims and without waiving same, Kevin Ross, individually, files his Answer to the claims made against him in the above styled and numbered cause:

1.      Ross, individually, denies each and every claim made against him and demands strict proof thereof.

2.      Ross, individually, pleads under oath that he is not liable in the capacity in which he has been sued.  At all times pertinent to this lawsuit, Ross has been retained as counsel for defendant Matthew Guy Landgraf and as trustee for the Matthew Guy Landgraf.  Ross is not liable in the capacity in which he has been served.

Therefore, Kevin Ross, individually, prays that upon final hearing the plaintiffs take nothing from him, that all costs be taxed against plaintiffs and for such other and further relief as to which he may show himself to be entitled at law or in equity.

Respectfully submitted,

BENNETT, WESTON, LAJONE & TURNER, P.C.

/s/ J. Michael Weston

_____

J. Michael Weston
SBN: 21232100
1603 LBJ Freeway, Suite 280
Dallas, Texas 75234
214.691.1776
Fax:  (214) 373-6810
jmweston@bennettweston.com

Copy from re:SearchTX

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of this Answer was served on plaintiffs and all other parties electronically by the filing of this pleading on this 17th day of March 2017.

/s/ J. Michael Weston

_____

Copy from re:SearchTX