ntchrg (rev. 02/21)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Matthew Guy Landgraf | §<br>§<br>§ | Case No.:    19–41155–elm7 |
| Debtor(s) | § | Chapter No.:  7 |
| M. B.  et al. | §<br>§ | |
| Plaintiff(s) | § | Adversary No.:    23–04032–elm |
| vs.<br>Matthew Guy Landgraf  et al. | §<br>§ | |
| Defendant(s) | § | |

## NOTICE SETTING STATUS CONFERENCE

A status conference via WebEx has been set in the U.S. Bankruptcy Court for **June 21, 2023** at **01:30 PM** before the Honorable Edward L. Morris at https://us–courts.webex.com/meet/morris to consider

Notice of removal re: Nature(s) of suit: 01 (Determination of removed claim or cause). 13 (Recovery of money/property – 548 fraudulent transfer) (1)

For WebEx Telephonic Only Participation/Attendance:

Dial–In: 1.650.479.3207

Meeting ID: 473 581 124


DATED:  May 24, 2023            FOR THE COURT:
                                Robert P. Colwell, Clerk of Court

                                by: /s/Karyn Rueter, Deputy Clerk