Tracey L. Williams
twilliams@pecklaw.com
Peckar & Abramson, P.C.
8080 N. Central Expressway
Suite 1600, LB 65
Dallas, Texas 75206
(214) 523-5100 Telephone
(214) 521-4601 Facsimile

Attorneys for M.B., I.B. and J.S.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: MATTHEW GUY LANDGRAF, § §§ *Debtor* | Case No. 19-41155-elm7 |
| M.B., I.B. AND J.S., §§§§ *Plaintiffs*, | Chapter 7 |
| MATHEW GUY LANDRAF, KEVIN M. ROSS, TRUSTEE, FOR THE USE AND BENEFIT OF MATTHEW GUY LANDGRAF, KEVIN M. ROSS, INDIVIDUALLY, STi FAMILY HOLDINGS, LP, STi FAMILY MANAGEMENT, LLC AND STi REAL ESTATE, LLC §§§§§§§§§§§§ *Defendants*. | Adv. Proc. No.: 23-04032-elm |

<u>**NOTICE OF STATUS CONFERENCE**</u>

A Status conference via WebEx has been set in the U.S. Bankruptcy Court for **June 3, 2024** at **1:30 p.m.** before the Honorable Edward L. Morris at https://us-courts.webex.com/meet/morris to consider status of the removed action.

For WebEx Telephonic Only Participation/Attendance:

Dial-In: 1.650.479.3207

Meeting ID: 473 581 124

Respectfully submitted,

**PECKAR & ABRAMSON, P.C.**

By: */s/ Tracey L. Williams*
    Tracey L. Williams
    Texas Bar No. 24031954
    twilliams@pecklaw.com
    Timothy D. Matheny
    Texas Bar No. 24000258
    tmatheny@pecklaw.com

8080 N. Central Expressway
Suite 1600, LB 65
Dallas, Texas 75206-1819
(214) 523-5100 Telephone
(214) 521-4601 Facsimile

ATTORNEYS FOR PLAINTIFFS
M.B., I.B. AND J.S.

## CERTIFICATE OF SERVICE

This is to certify that on this the 4th day of December 2023, I electronically filed the foregoing document with the U.S. Bankruptcy Court for the Northern District of Texas, Fort Worth Division and emailed a copy of same on all parties and/or counsel of record.

                         */s/ Tracey L. Williams*
                         Tracey L. Williams